91 A.3d 1235

**PHILADELPHIA FIREFIGHTERS' UNION, LOCAL 22, INTER-NATIONAL ASSOCIATION OF FIREFIGHTERS, AFL–CIO by its Guardian Ad Litem William GAULT, President, Tim McShea, Vice President, Kelvin Fong, Vice President, and Fire Lieutenant Andrew Thomas, Petitioners**

v.

**CITY OF PHILADELPHIA, Mayor Michael A. Nutter, Richard Negrin, Lloyd Ayers, Respondents.**

Supreme Court of Pennsylvania.

May 13, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2014, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues as stated by petitioner are:

(1) Is the lower court's decision inconsistent with similar decisions of the court involving the very same Home Rule Charter and Civil Service Regulations?

(2) Is the continued viability of the Civil Service public employment system disregarded by the lower court in its decision of such substantial public importance as to require prompt and definitive resolution by the Pennsylvania Supreme Court?